AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

TRAUSE GLADNEY,

                  Petitioner,

                      v.

ROB MCKENNA and JEFF THOMAS,

                  Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-5070-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the First Amended Petition is dismissed without prejudice pursuant to the Court's Order entered on January 4, 2010, Ct. Rec. 10.

January 4, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas